United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

### Distribution of Instructions & Forms for Pro Se Parties in U.S & Private Civil Cases

_X_ Acknowledgment and Notice of Appearance
_X_ Docketing Notice
_X_ Docket Report
_X_ How to Appeal Your Civil Case
_X_ How to Appeal as a Pro Se Party
_X_ Form D-P
_X_ T-1080 Form
_X_ Financial Affidavit
_X_ Local Rule 24.1 Statement
_X_ Certificate of Service
_X_ Format Motion
_X_ Format Brief
_X_ Format Appendix
_X_ Pro Se Scheduling Notification
_X_ Oral Argument Statement (Local Rule 34.1(a))
_X_ Form 6 Certificate of compliance
___ Form 7 Declaration of Inmate Filing (only if detained/incarcerated)