NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Doe v. Friendship Place                                    Docket No.: 25-1566

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Michael S. Gollub

Firm: Marshall Conway Bradley & Gollub, P.C.

Address: 45 Broadway, Suite 740

Telephone: 212-619-4444                    Fax: 212-962-2647

E-mail: mgollub@mcwpc.com

Appearance for: Philadelphia Insurance Companies
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Philadelphia Insurance Companies )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 19, 2021                                    OR

☐ I applied for admission on _____ .

Signature of Counsel: [signature]

Type or Print Name: Michael S. Gollub