# Exhibit E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:25-cv-00727-UNA

DOE v. FRIENDSHIP PLACE et al  
Assigned to: Unassigned  
Related Case: 1:25-cv-00701-SLS  
Cause: 42:405 Fair Housing Act  

Date Filed: 03/12/2025  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

JANE DOE              represented by    **JANE DOE**  
UNDER SEAL  
Email: phylaxtouchristou@proton.me  
PRO SE

V.

**Defendant**

FRIENDSHIP PLACE

**Defendant**

JONATHAN WHITTED

**Defendant**

LINDSAY MILLER

**Defendant**

CHRIS PITOCCHELLI

**Defendant**

REBEKAH KOEN

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2025 |  | **Initiating Pleading & IFP Application Received on 3/12/2025.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zmtm) (Entered: 03/14/2025) |
| 03/12/2025 | 1 | COMPLAINT against All Defendants with Jury Demand filed by JANE DOE. (Attachments: # 1 Memorandum in Support)(zmtm) Modified plaintiff on 5/1/2025 (znmw). (Entered: 03/14/2025) |
| 03/12/2025 | 2 | MOTION for Leave to Proceed in forma pauperis by JANE DOE. (zmtm) Modified plaintiff on 5/1/2025 (znmw). (Entered: 03/14/2025) |
| 03/12/2025 | 3 | MOTION to Seal Case filed by JANE DOE.(zmtm) Modified on 3/19/2025 (zmtm). Modified plaintiff on 5/1/2025 (znmw). (Entered: 03/14/2025) |
| 03/12/2025 | 4 | SEALED MOTION to Proceed Under Pseudonym filed by JANE DOE (zmtm) Modified plaintiff on 5/1/2025 (znmw). (Entered: 03/14/2025) |

| 03/12/2025 | 5 | Supplemental MOTION to admit Exhibit A re 1 Complaint by JANE DOE. (zmtm) Modified plaintiff on 5/1/2025 (znmw). (Entered: 03/14/2025) |
|---|---|---|
| 03/12/2025 | 6 | MOTION for Declaratory Judgment by JANE DOE. (zmtm) Modified plaintiff on 5/1/2025 (znmw). (Entered: 03/14/2025) |
| 03/18/2025 | | MINUTE ORDER : The Court ORDERS that: 1) Plaintiff's 4 Motion to Proceed Under Pseudonym is DENIED WITHOUT PREJUDICE as it does not address the five-factor inquiry that applies to such motions, see In re Sealed Case, 971 F.3d 324, 326-27 (D.C. Cir. 2020); 2) Plaintiff's 3 Motion to Seal Case is DENIED WITHOUT PREJUDICE as it does not address the six-factor inquiry that applies to motions to seal court records, see United States v. Hubbard, 650 F.2d 293, 317-22 (D.C. Cir. 1980); 3) Within fourteen days of this Order, Plaintiff shall file either new motions that address the factors identified in In re Sealed Case and Hubbard or a Notice advising the Clerk of the Court whether she wishes to proceed under her true name and with filing her Complaint on the public docket, and, if so, she shall also file her 3 and 4 Motions on the public docket; and 4) If Plaintiff does not file new motions or such Notice within fourteen days, the Clerk is directed to terminate the case. The factors identified in In re Sealed Case are: 1) whether the justification asserted by the requesting party is merely to avoid the annoyance and criticism that may attend any litigation or is to preserve privacy in a matter of a sensitive and highly personal nature; 2) whether identification poses a risk of retaliatory physical or mental harm to the requesting party or, even more critically, to innocent non-parties; 3) the ages of the persons whose privacy interests are sought to be protected; 4) whether the action is against a governmental or private party; and, relatedly, 5) the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously. The factors identified in Hubbard are: 1) the need for public access to the documents at issue; 2) the extent of previous public access to the documents; 3) whether someone has objected to disclosure, and the identity of that person; 4) the strength of any property and privacy interests asserted; 5) the possibility of prejudice to those opposing disclosure; and 6) the purposes for which the documents were introduced during the judicial proceedings. So ORDERED by Chief Judge James E. Boasberg on 3/18/2025. Counsel have been notified by first class mail.(znbn) (Entered: 03/18/2025) |
| 03/18/2025 | 7 | NOTICE OF RELATED CASE by JANE DOE. Case related to Case No. 25-00701. (zmtm) Modified plaintiff on 5/1/2025 (znmw). (Entered: 03/19/2025) |
| 03/28/2025 | 8 | MOTION for Extension of Time to comply by JANE DOE. (zmtm) Modified plaintiff on 5/1/2025 (znmw). (Entered: 03/31/2025) |
| 03/31/2025 | 9 | NEW Pro Se Consent To Receive Notices of Electronic Filing by JANE DOE. Email address not added for plaintiff, electronic noticing not permitted, case is sealed. (zmtm) Modified plaintiff on 5/1/2025 (znmw). Modified on 5/1/2025 (znmw). (Entered: 04/01/2025) |
| 03/31/2025 | 10 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JANE DOE. (This document is SEALED and only available to authorized persons.) (zmtm) Modified on 4/1/2025 as to filing date (zmtm). (Additional attachment(s) added on 4/1/2025: # 1 Exhibit) (zmtm). Modified plaintiff on 5/1/2025 (znmw). (Entered: 04/01/2025) |
| 04/22/2025 | 12 | MEMORANDUM OPINION AND ORDER: The Court ORDERS that: 1) Plaintiffs 10 Corrected Motion to Proceed Under Pseudonym and to Seal is GRANTED IN PART and DENIED IN PART; 2) Plaintiffs 8 Motion for Extension of Time is DENIED as moot; 3) All parties shall use the pseudonym Jane Doe in all documents filed in this action; and 4) Within five days of this Order, Plaintiff shall file on the public |

| | | |
|---|---|---|
| | | docket: (a) A declaration containing her real name and residential address, filed under seal; (b) A redacted version of her 1 Complaint; and (c) A redacted version of her 10 Corrected Motion, redacting isolated words rather than rewriting the document as she has done with her 11 Redacted Motion, which is STRICKEN. Signed by Chief Judge James E. Boasberg on 4/22/2025. Pro Se party has been notified by first class mail. (zlsj) (Entered: 04/22/2025) |
| 04/28/2025 | 13 | RESPONSE TO ORDER OF THE COURT re 12 Order on Motion for Extension of Time to, Order on Sealed Motion for Leave to File Document Under Seal, Order on Sealed Motion to Proceed Under Pseudonym, filed by JANE DOE. (znmw) (Entered: 05/01/2025) |
| 04/28/2025 | 14 | RESPONSE TO ORDER OF THE COURT re 12 Order on Motion for Extension of Time to, Order on Sealed Motion for Leave to File Document Under Seal, Order on Sealed Motion to Proceed Under Pseudonym, filed by JANE DOE. (znmw) (Entered: 05/01/2025) |
| 04/28/2025 | 15 | RESPONSE TO ORDER OF THE COURT re 12 Order on Motion for Extension of Time to, Order on Sealed Motion for Leave to File Document Under Seal, Order on Sealed Motion to Proceed Under Pseudonym, filed by JANE DOE. (znmw) (Entered: 05/01/2025) |
| 04/28/2025 | 16 | SEALED DOCUMENT (Declaration) filed by JANE DOE. re 12 Order. (This document is SEALED and only available to authorized persons.)(znmw) (Entered: 05/01/2025) |
| 04/28/2025 | 17 | SEALED DOCUMENT (Pro Se Consent to E-Noticing) filed by JANE DOE. (This document is SEALED and only available to authorized persons.)(znmw) (Entered: 05/01/2025) |
| 05/01/2025 | | MINUTE ORDER: Pursuant to the Court's 12 Memorandum Opinion and Order, the Court ORDERS that: 1) Plaintiff's name shall be changed to Jane Doe in both the case caption and all docket entries; 2) The case shall be unsealed but all filings containing Plaintiff's name or other identifying information i.e., ECF Nos. 1 through 10 shall remain sealed pending further action by the Judge to whom this case is assigned. SO ORDERED by Chief Judge James E. Boasberg on 5/1/2025. Pro Se party has been notified by first class mail. (zlsj) (Entered: 05/01/2025) |
| 05/01/2025 | | ***Case Unsealed pursuant to Minute Order filed 5/1/2025. (znmw) (Entered: 05/01/2025) |
| 05/08/2025 | 18 | NOTICE of Filing by JANE DOE (zmtm) (Entered: 05/09/2025) |
| 05/08/2025 | 19 | NOTICE of Filing by JANE DOE (zmtm) (Entered: 05/09/2025) |
| 05/08/2025 | 20 | MOTION for Leave to File Amended Complaint by JANE DOE. (Attachments: # 1 Amended Complaint, # 2 Memorandum in Support, # 3 Exhibit Evidence Cover Sheet 1, # 4 Exhibit Evidence Cover Sheet 2)(zmtm) (Entered: 05/12/2025) |
| 05/28/2025 | 21 | NOTICE of Constitutional Record and Warning Against Ex Parte Dismissal by JANE DOE (zmtm) (Additional attachment(s) added on 5/29/2025: # 1 Memorandum in Support) (zmtm). (Entered: 05/29/2025) |
| 05/28/2025 | 22 | SUPPLEMENTAL EVIDENTIARY NOTICE by JANE DOE (Attachments: # 1 Supplement 1, # 2 Supplement 2, # 3 Supplement 3)(zmtm) (Entered: 05/29/2025) |
| 06/12/2025 | | MINUTE ORDER: On April 22, 2025, the Court entered a Memorandum & Order directing Plaintiff to, within 5 days, file (1) under seal, a declaration containing her real name and residential address; (2) a redacted version of her 1 Complaint; and (3) a redacted version of her 10 Corrected Motion to Seal. Plaintiff has only partially |

|  |  |  |
|---|---|---|
|  |  | complied with these requirements. On April 28, 2025, Plaintiff filed a 16 Sealed Declaration with her name and contact information, as required. On May 8, 2025, Plaintiff filed a 20 Motion for Extension of Time to File her Redacted Amended Complaint nunc pro tunc, which is hereby GRANTED for good cause shown. The Clerk of Court is thus DIRECTED to separately docket Plaintiff's Redacted Amended Complaint, ECF Nos. 20-1 through 20-4. Finally, however, it does not appear that Plaintiff has yet filed a redacted version of her 10 Corrected Motion to Seal, as required. Accordingly, Plaintiff must file a redacted version of her 10 Corrected Motion to Seal within ten (10) days of the entry of this Minute Order. Failure to comply may result in the dismissal of this case. SO ORDERED. Signed by Judge Amit P. Mehta on 6/12/2025. (psu3) (Entered: 06/12/2025) |
| 06/12/2025 | 23 | REDACTED AMENDED COMPLAINT against All Defendants with Jury Demand filed by JANE DOE. (Attachments: # 1 Memorandum in Support, # 2 Evidence Cover Sheet, # 3 Evidence Cover Sheet)(zmtm) (Entered: 06/17/2025) |