# Exhibit F

**General Docket**
**United States Court of Appeals for the Fourth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1343 | **Docketed:** 04/04/2025 |
| In re: Jane Doe | **Termed:** 06/17/2025 |
| **Appeal From:** United States District Court for the Eastern District of Virginia at Alexandria | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
   **1)** Mandamus
   **2)** mand
   **3)** null

**Originating Court Information:**
   **District:** 0422-1 : 1:25-cv-00127-PTG-IDD
   **Respondent Judge:** Patricia Tolliver Giles, U. S. District Court Judge
   **Ordering Judge:** Ivan Darnell Davis, U. S. Magistrate Judge
   **Date Rec'd COA:**
   04/03/2025

   **District:** 0422-1 : 1:25-cv-00129-PTG-IDD
   **Date Filed:** 04/04/2025

**Prior Cases:**
   None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 25-1343 | 25-1555 | 05/16/2025 | |

---

In re: JANE DOE
          Petitioner

----------------------------

Ashley Archange
[NTC Retained]
JORDAN COYNE LLP
10201 Fairfax Boulevard
Fairfax, VA 22030

James Douglas Bragdon, Esq.
Direct: 410-727-7702
Email: jbragdon@gejlaw.com
[COR NTC Retained]
GALLAGHER EVELIUS & JONES, LLP
Park Charles Building
Suite 400
218 North Charles Street
Baltimore, MD 21201-4033

Elizabeth Ann Caldera
Direct: 410-951-1415

Email: ecaldera@gejlaw.com
[On Filing]
GALLAGHER EVELIUS & JONES, LLP
Park Charles Building
Suite 400
218 North Charles Street
Baltimore, MD 21201-4033

Jane Doe
Email: phylaxtouchristou@proton.me
[NTC Pro Se]
NO PHYSICAL ADDRESS
No physical location
No City, 00000

In re:  JANE DOE

            Petitioner

| Date | No. | Description |
|---|---|---|
| 04/03/2025 | 2<br>10 pg, 1.45 MB | Redacted Petition for writ of mandamus filed by Jane Doe. [1001748147] [25-1343] AW [Entered: 04/04/2025 01:12 PM] |
| 04/03/2025 | 3<br>13 pg, 3.14 MB | SEALED DOCUMENT (court access only) by Jane Doe. Document type: Petition for writ of mandamus . Filed Ex parte: Y. [1001748150] [25-1343] AW [Entered: 04/04/2025 01:14 PM] |
| 04/03/2025 | 4<br>3 pg, 463.27 KB | Redacted MOTION by Jane Doe to expedite decision. [1001748152] [25-1343] AW [Entered: 04/04/2025 01:16 PM] |
| 04/03/2025 | 5 | SEALED DOCUMENT (court access only) by Jane Doe. Document type: MOTION to expedite decision. Filed Ex parte: Y. [1001748156] [25-1343] AW [Entered: 04/04/2025 01:18 PM] |
| 04/03/2025 | 6 | IFP-APPLICATION to proceed in forma pauperis (FRAP 24)(court access only) by Jane Doe. [1001748171] [25-1343] AW [Entered: 04/04/2025 01:34 PM] |
| 04/03/2025 | 7<br>3 pg, 420.81 KB | Redacted MOTION by Jane Doe to seal. Description of material to be sealed: petitioner filings. [1001748175] [25-1343] AW [Entered: 04/04/2025 01:36 PM] |
| 04/03/2025 | 8 | SEALED DOCUMENT (court access only) by Jane Doe. Document type: MOTION to seal. Description of material to be sealed: petitioner filings. Filed Ex parte: Y. [1001748178] [25-1343] AW [Entered: 04/04/2025 01:37 PM] |
| 04/03/2025 | 9 | SEALED DOCUMENT (court access only) by Jane Doe. Document type: Exhibits . Filed Ex parte: Y. [1001748183] [25-1343] AW [Entered: 04/04/2025 01:39 PM] |
| 04/03/2025 | 10<br>3 pg, 428.44 KB | Redacted MOTION by Jane Doe to proceed under pseudonym. [1001748186] [25-1343] AW [Entered: 04/04/2025 01:42 PM] |
| 04/03/2025 | 11 | SEALED DOCUMENT (court access only) by Jane Doe. Document type: MOTION to proceed under pseudonym. Filed Ex parte: Y. [1001748187] [25-1343] AW [Entered: 04/04/2025 01:43 PM] |
| 04/03/2025 | 12 | SEALED DOCUMENT (court access only) by Jane Doe. Document type: Supplement to [3] . Filed Ex parte: Y. [1001748190] [25-1343] AW [Entered: 04/04/2025 01:47 PM] |
| 04/04/2025 | 1<br>1 pg, 57.15 KB | Case docketed. Originating case number: 1:25-cv-00127-PTG-IDD, 1:25-cv-00129-PTG-IDD. Case manager: AWalker. [1001748112] [25-1343] AW [Entered: 04/04/2025 12:49 PM] |
| 04/10/2025 | 13<br>13 pg, 1.4 MB | DOCUMENT titled as "Sworn Declaration of Jane Doe" by Jane Doe. [1001751782] [25-1343] AW [Entered: 04/11/2025 09:18 AM] |
| 04/10/2025 | 14 | SEALED DOCUMENT (court access only) by Jane Doe. Document type: Sworn Declaration. Filed Ex parte: Y. [1001751790] [25-1343] AW [Entered: 04/11/2025 09:23 AM] |
| 04/11/2025 | 15<br>2 pg, 94.72 KB | Docket correction requested from Jane Doe. Mailed to: Jane Doe. [1001752054] [25-1343] AW [Entered: 04/11/2025 01:04 PM] |
| 04/11/2025 | 16<br>1 pg, 51.42 KB | ORDER filed granting Motion to proceed in forma pauperis [6] Copies to all parties. Mailed to: Jane Doe. [1001752111] [25-1343] AW [Entered: 04/11/2025 02:31 PM] |

| | | |
|---|---|---|
| 04/28/2025 | ☐ 17<br>5 pg, 154.4 KB | RESPONSE/ANSWER by Bozzuto Management Company, Reading Ave Owner LLC, Caitland Roberts and Townsquare Mark Center to Motion for writ of mandamus [2]. Nature of response: in opposition. [1001760607] [25-1343] James Bragdon [Entered: 04/28/2025 10:34 AM] |
| 04/28/2025 | ☐ 18<br>2 pg, 143.9 KB | APPEARANCE OF COUNSEL by James D. Bragdon for Townsquare Mark Center, Bozzuto Management Company, Reading Ave Owner LLC and Caitland Roberts. [1001760700] [25-1343] James Bragdon [Entered: 04/28/2025 11:31 AM] |
| 04/28/2025 | ☐ 19<br>6 pg, 1.04 MB | CERTIFICATE OF SERVICE/SERVICE LIST by Jane Doe. [1001761251] [25-1343] AW [Entered: 04/28/2025 04:47 PM] |
| 04/28/2025 | ☐ 20<br>2 pg, 84.1 KB | Docket correction requested from Jane Doe. Mailed to: Jane Doe. [1001761302] [25-1343] AW [Entered: 04/28/2025 05:05 PM] |
| 05/01/2025 | ☐ 21<br>2 pg, 75.66 KB | NOTICE re: substitution of corrected filing and service by Jane Doe. [1001763976] [25-1343] AW [Entered: 05/02/2025 10:34 AM] |
| 05/01/2025 | ☐ 22<br>35 pg, 2.29 MB | Amended Emergency Petition for writ of mandamus filed by Jane Doe. [1001763978] [25-1343] AW [Entered: 05/02/2025 10:37 AM] |
| 05/01/2025 | ☐ 23<br>16 pg, 793.84 KB | Emergency Memorandum of Law and Constitutional Notice by Jane Doe. [1001763982] [25-1343] AW [Entered: 05/02/2025 10:38 AM] |
| 05/01/2025 | ☐ 24<br>3 pg, 128.91 KB | MOTION by Jane Doe titled as "motion to clarify the record and preserve notice of non-response regarding voluntary dismissal of defendant Caitland Roberts". [1001763989] [25-1343] AW [Entered: 05/02/2025 10:43 AM] |
| 05/01/2025 | ☐ 25<br>9 pg, 508.3 KB | MOTION by Jane Doe titled as "supplemental motion for extraordinary relief, party joinder, and judicial intervention to preserve appellate jurisdiction under 28USC1651a".. [1001763996] [25-1343] AW [Entered: 05/02/2025 10:47 AM] |
| 05/01/2025 | ☐ 26<br>13 pg, 600.78 KB | MOTION/Document titled as " Supplemental Emergency Notice and Request for Stay" . [1001763997] [25-1343] AW [Entered: 05/02/2025 10:48 AM] |
| 05/01/2025 | ☐ 27<br>4 pg, 176.27 KB | MOTION by Jane Doe titled as "Motion to preserve procedural default and document non-response by Equity Residential pursuant to Fed.R.Civ.P55a and 28USC1651a". [1001764001] [25-1343] AW [Entered: 05/02/2025 10:52 AM] |
| 05/01/2025 | ☐ 28<br>4 pg, 156.53 KB | MOTION/Document titled as "Emergency Notice to the Fourth Circuit Regarding Lawless Judicial Conduct in Eastern District of Virginia and Motion to Vacate Void May 1, 2025 Hearing Under Article III, The ADA, The Fifth Amendment, and 1651a" by Jane Doe. [1001764002] [25-1343] AW [Entered: 05/02/2025 10:54 AM] |
| 05/01/2025 | ☐ 29<br>15 pg, 614.82 KB | AFFIDAVIT titled as "Sword Declaration of Jane Doe" by Petitioner Jane Doe. [1001764004] [25-1343] AW [Entered: 05/02/2025 10:55 AM] |
| 05/01/2025 | ☐ 30<br>1 pg, 37.35 KB | CERTIFICATE OF SERVICE/SERVICE LIST by Jane Doe. [1001769324] [25-1343] AW [Entered: 05/13/2025 11:37 AM] |
| 05/12/2025 | ☐ 31<br>109 pg, 6.93 MB | SUPPLEMENTAL DOCUMENTS by Jane Doe. [1001769407] [25-1343] AW [Entered: 05/13/2025 12:35 PM] |

| 06/17/2025 | 32<br>3 pg, 113.27 KB | UNPUBLISHED PER CURIAM OPINION filed. Motion disposition in opinion--denying Motion to vacate [28]; denying Motion for other relief [27], denying Motion for other relief [25], denying Motion for other relief [11], denying Motion for other relief [10]; denying Motion for stay pending appeal [26]; denying Motion to clarify [24]; denying Motion for writ of mandamus [22], denying Motion for writ of mandamus [2]; denying Motion to seal [8], denying Motion to seal [7]; denying Motion to expedite decision [5], denying Motion to expedite decision [4] Originating case number: 1:25-cv-00127-PTG-IDD,1:25-cv-00129-PTG-IDD. Copies to all parties and the district court/agency. [1001789467] [25-1343] AW [Entered: 06/17/2025 08:46 AM] |
|---|---|---|
| 06/17/2025 | 33<br>4 pg, 160.49 KB | JUDGMENT ORDER filed. Decision: Petition denied. Originating case number: 1:25-cv-00127-PTG-IDD, 1:25-cv-00129-PTG-IDD. Entered on Docket Date: 06/17/2025. Copies to all parties and the district court/agency. [1001789516] [25-1343] AW [Entered: 06/17/2025 09:21 AM] |
| 06/17/2025 | 34<br>4 pg, 642.79 KB | PETITION for rehearing en banc by Jane Doe. [1001789943] [25-1343] Jane Doe [Entered: 06/17/2025 01:35 PM] |
| 06/17/2025 | 35<br>11 pg, 2.92 MB | SUPPLEMENTAL AUTHORITIES by Jane Doe. [1001789975] . [25-1343] Jane Doe [Entered: 06/17/2025 02:05 PM] |
| 06/17/2025 | 36 🔒<br>0 pg, 0 KB | (ENTRY RESTRICTED) CORRECTION to DOCKETING STATEMENT by Jane Doe. [1001789992] [25-1343]--[Edited 06/17/2025 by AW--see correct filing type at ecf #38] Jane Doe [Entered: 06/17/2025 02:16 PM] |
| 06/17/2025 | 37 🔒<br>0 pg, 0 KB | (ENTRY RESTRICTED) SUPPLEMENTAL AUTHORITIES by Jane Doe. [1001790148]. [25-1343]--[Edited 06/18/2025 by AW--see correct filing type at ecf #39] Jane Doe [Entered: 06/17/2025 03:37 PM] |
| 06/17/2025 | 38<br>2 pg, 386.23 KB | MOTION by Jane Doe to amend/correct docket text. [1001790164] [25-1343] AW [Entered: 06/17/2025 03:49 PM] |
| 06/17/2025 | 39<br>25 pg, 4.71 MB | Emergency MOTION by Jane Doe "for stay of proceedings based on pattern of judicial obstruction". [1001790644] [25-1343] AW [Entered: 06/18/2025 11:53 AM] |
| 06/26/2025 | 40<br>17 pg, 3.73 MB | DOCUMENT - Submission to SCOTUS by. [1001795197] [25-1343] Jane Doe [Entered: 06/26/2025 12:45 PM] |
| 06/26/2025 | 41<br>5 pg, 1.56 MB | Memorandum referencing Memorandum Of Law In Support of Direct Transmission to Supreme Court by Jane Doe. [1001795251] [25-1343] Jane Doe [Entered: 06/26/2025 01:50 PM] |
| 06/26/2025 | 42<br>2 pg, 517.26 KB | MOTION by Jane Doe to transfer case.. Date and method of service: 06/26/2025 ecf. [1001795297] [25-1343] Jane Doe [Entered: 06/26/2025 02:30 PM] |
| 07/09/2025 | 43<br>4 pg, 1.07 MB | MOTION by Jane Doe to approve/authorize Submission to SCOTUS. Date and method of service: 07/09/2025 ecf. [1001800612] [25-1343] Jane Doe [Entered: 07/09/2025 12:14 AM] |
| 07/09/2025 | 44<br>13 pg, 3.37 MB | NOTICE re: Explanatory Notice In Support Of Emergency Judicial Review and UMBRO relief by Jane Doe. [1001800613] [25-1343] Jane Doe [Entered: 07/09/2025 12:17 AM] |
| 07/09/2025 | 45<br>18 pg, 3.88 MB | Addendum/attachment to [44] Notice by Jane Doe. Method of filing paper copies:. Date copies mailed, dispatched, or delivered: [1001800614] [25- |

| | | |
|---|---|---|
| | | 1343] Jane Doe [Entered: 07/09/2025 12:19 AM] |
| 07/09/2025 | ☐ 46<br>6 pg, 1.39 MB | NOTICE re: Explanation of UMBRO Relief by Jane Doe. [1001800822] [25-1343] Jane Doe [Entered: 07/09/2025 10:03 AM] |
| 07/09/2025 | ☐ 47<br>7 pg, 2.04 MB | MOTION by Jane Doe injunctive relief pending appeal. Date and method of service: 07/09/2025 ecf. [1001801555] [25-1343]--[Edited 07/10/2025 by CB to change relief.] Jane Doe [Entered: 07/09/2025 06:34 PM] |
| 07/09/2025 | ☐ 48<br>7 pg, 1.61 MB | Addendum/attachment to [47] Motion for injunctive relief by Jane Doe. Method of filing paper copies:. Date copies mailed, dispatched, or delivered: [1001801556] [25-1343]--[Edited 07/10/2025 by CB to update docket text.] Jane Doe [Entered: 07/09/2025 06:36 PM] |
| 07/14/2025 | ☐ 49<br>1 pg, 50.59 KB | COURT ORDER filed denying Motion for injunctive relief pending appeal [47]; denying Motion to approve/authorize [43]; denying Motion transfer case [42]; denying Motion for stay pending appeal [39]; denying Motion to amend/correct [38]; denying Motion for rehearing en banc [34] Copies to all parties.. [1001803186] [25-1343] AW [Entered: 07/14/2025 10:09 AM] |
| 07/14/2025 | ☐ 50<br>12 pg, 2.63 MB | RESPONSE/ANSWER by Jane Doe to [49] [1001803608] [25-1343]--[Edited 07/15/2025 by AW] Jane Doe [Entered: 07/14/2025 03:16 PM] |