UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-five,

Jane Doe,

    Plaintiff - Appellant,

v.

Friendship Place, Chris Pitocchelli, in her individual capacity as Division Director of Veterans First, Lindsay Miller, in her individual capacity as Assistant Director, Rebecca Cohen, in her individual capacity, Jonathan Whitted, in his individual capacity as Vice President of Regional Programs, Jean-Michel Giraud, in his individual capacity as CEO of Friendship Place, Philadelphia Insurance Companies, (PHLY) as insurer and funding actor, Sahirah Hobes, in her individual capacity as SSVF Regional Coordinator, Department of Veterans Affairs,

    Defendants - Appellees.

**ORDER**
Docket No. 25-1566

    A notice of appeal was filed on June 12, 2025. The Appellant's Acknowledgment and Notice of Appearance Form due July 8, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective August 21, 2025, if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

