UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-five,

Jane Doe,

    Plaintiff - Appellant,

v.

Friendship Place, Chris Pitocchelli, in her individual capacity as Division Director of Veterans First, Lindsay Miller, in her individual capacity as Assistant Director, Rebecca Cohen, in her individual capacity, Jonathan Whitted, in his individual capacity as Vice President of Regional Programs, Jean-Michel Giraud, in his individual capacity as CEO of Friendship Place, Philadelphia Insurance Companies, (PHLY) as insurer and funding actor, Sahirah Hobes, in her individual capacity as SSVF Regional Coordinator, Department of Veterans Affairs,

    Defendants - Appellees.

ORDER
Docket No. 25-1566

    Appellant Jane Doe's submission of a Motion for clarification, equitable access to appellate materials and notice of systemic due process violations, does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

    IT IS HEREBY ORDERED that the said Motion for clarification, equitable access to appellate materials and notice of systemic due process violations, is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

